IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BRANDON SMITH**     **PLAINTIFF**

**V.**     **NO. 3:21-CV-85-DMB-JMV**

**SGBG PROPERTIES, LLC**     **DEFENDANT**

## ORDER

On September 23, 2021, the parties filed an "Agreed Motion to Dismiss and for Final Judgment." Doc. #21. As grounds, the parties represent that they "have agreed to resolve this case amicably … [and] are in agreement with a judgment of final dismissal with prejudice upon this claim, with both parties to bear their own respective costs." *Id.*

Pursuant to Federal Rule of Civil Procedure 41(a)(2), a court may dismiss an action at the plaintiff's request "on terms that the court considers proper." The agreed motion to dismiss satisfies this standard. Accordingly, the motion to dismiss [21] is **GRANTED**. This case is **DISMISSED with prejudice**. A final judgment will issue separately.

**SO ORDERED**, this 28th day of September, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**