# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**BRANDON SMITH**                                                                  **PLAINTIFF**

**V.**                                                                **NO. 3:21-CV-85-DMB-JMV**

**SGBG PROPERTIES, LLC**                                          **DEFENDANT**

## ORDER

In accordance with the order entered this day, this case is **DISMISSED with prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 28th day of September, 2021.

                                           **/s/Debra M. Brown**
                                           **UNITED STATES DISTRICT JUDGE**